## Case No. 7,212.

JANNEY et al. v. GEIGER et al.

[1 Cranch, C. C. 547.][1]

Circuit Court, District of Columbia. July Term, 1809.

Mr. Youngs, for defendants,

Mr. Swann, contra.

THE COURT was of opinion that the first count (upon the mere indorsement of a promissory note not payable to order, without stating any consideration) was bad, but gave the plaintiffs leave to amend.

At July term, 1809, THE COURT (Duckett, Circuit Judge, absent) was of opinion that the second plea was bad.

Judgment for the plaintiffs.

[1] [Reported by Hon. William Cranch, Chief Judge.]